

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § | CASE NUMBER 4:21-MJ-00194 |
| v. | | |
| KEVIN SAM BLAKELY (1) | | |

## ORDER SCHEDULING IDENTITY & PRELIMINARY HEARING

An identity and preliminary hearing in this case is scheduled as follows:

| **Before:** U.S. Magistrate Judge Christine Nowak<br>United States Courthouse Annex<br>200 North Travis Street<br>Mezzanine Level<br>Sherman, TX 75090 | **Courtroom Number:** A01 |
|---|---|
| | **Date:** Tuesday, March 23, 2021<br>**Time:** 9:00 a.m. |

**IT IS ORDERED**.

Date: March 19, 2021

_____
CHRISTINE A. NOWAK
UNITED STATES MAGISTRATE JUDGE