# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>KEVIN SAM BLAKELY<br>_____<br>*Defendant* | )<br>)<br>) Case No. 4:21MJ194<br>)<br>) Charging District's<br>) Case No. 1:21MJ317<br>) |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of Columbia,
*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____.

The defendant: ☒ will retain an attorney.
☐ is requesting court-appointed counsel.

The defendant is ordered to appear via videoconference in the District of Columbia on March 26, 2021, at 1:00 p.m.

**IT IS ORDERED.**

03/23/2021
_____
*Judge's signature*

CHRISTINE A. NOWAK, U.S. MAGISTRATE JUDGE
*Printed name and title*